No. 74–5386. ALLEN v. HOPPER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 74–5387. WILLIAMS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–5388. DAVIS v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 74–5389. PEACOCK v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 74–5392. TRIGG v. ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 74–5393. HILL v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 74–5396. GRAY v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 74–5404. JACKSON v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 74–5415. MENDOZA v. CAMPBELL, SUPERINTENDENT, MOTOR VEHICLE DIVISION, HIGHWAY DEPARTMENT OF ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 74–5416. BARBOSA v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 74–5417. STEVENS v. ASCH. C. A. 3d Cir. Certiorari denied.

No. 74–5421. GORE v. SIELAFF, CORRECTIONS DIRECTOR. C. A. 7th Cir. Certiorari denied.